**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**JUAN VALDES, JR.,**

    Plaintiff,

v                                              **CASE NO. 3:10-cv-466-J-37TEM**

**MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.
_____/

**O R D E R**

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed June 17, 2011 (Doc.#26) as corrected by Order (Doc #27) filed June 27, 2011 .  The parties indicated (Doc #28) filed June 28, 2011 that no objections would be filed to said Report.  After an independent review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation.  Accordingly, it is now

    **ORDERED AND ADJUDGED** that the Clerk of Court shall **REMAND** this matter to the Commissioner of Social Security in order to conduct additional administrative proceedings.

    Upon remand, the Commissioner shall re-evaluate Plaintiff in accordance with the applicable regulations and prevailing case law.  The additional proceedings should include, but should not be limited to: assessment of the severity of all of Plaintiff's medically determinable impairments, including the impact, if any, of Plaintiff's June 2010 diagnosis of chronic myelogenous leukemia ("CML") and, in light thereof, a re-assessment of Plaintiff's RFC; re-consideration of the opinions of Plaintiff's examining and treating medical sources (including Dr. Johnson's opinion(s)); re-consideration of the opinions of non-examining medical sources; re-evaluation of Plainitff's subjective complaints of pain,

shortness of breath, and chronic fatigue; and, if warranted, obtain additional vocational expert testimony.

The Clerk of Court is hereby directed to administratively close this case.

**DONE AND ORDERED** in Jacksonville, Florida, this 1st day of August, 2011.

ROY B. DALTON JR.
United States District Judge

Copies to:   Counsel of Record